

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LORENA QUIROZ and GARY S. VERNIER, | § | No. 08-12-00163-CV |
| | § | Appeal from the |
| Appellants, | § | 383rd Judicial District Court |
| v. | § | of El Paso County, Texas |
| RUMMIE LEE GRAY, II, | § | (TC# 2007-AG-2166) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF APRIL, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.